| | |
|---|---|
| Aleshire v. City Railway Co | 19414 |
| Alter v. Shearwood et | 19413 |
| Elmore-Harris Bd. Ed. v. Neiman | 19412 |
| Fitzsimmons Realty Co. v. Minnich | 19411 |
| Hutson v. Briggs | 19410 |
| Perrine v. Perrine et | 19422 |
| State ex v. Bloomsfield Bd Ed | 19418 |
| State ex v. Dover Bd. Ed. | 19420 |
| State ex v. Melrose Bd. Ed | 19419 |
| Wagner v. State | 19416 |
| Watkins v. State | 19415 |

### NOV. 10, 1925

19410—Rufus W. Hutson v. O. Briggs; motion for Fayette Appeals to certify. Vorys, Sater, Seymour & Pease, Columbus; J. P. Phillips, Chillicothe, and J. Logan, Washington Court House, for pltf; Badger & Cowan and C. J. Pretzman, Columbus, for deft.

19411—Fitzsimmons Realty Co. v. Ohmer C. Minnich; motion for Cuyahoga Appeals to certify. White, Cannon & Spieth, Cleveland, for pltf; G. W. Spooner, Cleveland, for deft.

19412—Board of Education of the Elmore-Harris Twp. School District of Ottawa County v. Henry W. Neiman and Delia A. Neiman; motion for Ottawa Appeals to certify. Graves & Duff, Oak Harbor, and Stahl & Price, Toledo, for pltf; True & Crawford, Port Clinton, and Charles E. Chittenden, Toledo, for deft.

### NOV. 12, 1925

19413—Robert S. Alter v. Robert Shearwood et al; motion for Hamilton Appeals to certify. Harmon, Colston, Goldsmith & Hoadley, Cincinnati, for pltf; Jones, Shook, Morrissey & Terry, Cincinnati, for deft.

19414—Leslie B. Aleshire v. City Railway Co.; motion for Montgomery Appeals to certify. Marshall & Harlan, Dayton, for pltf; McMahon, Corwin, Landis & Markham, Dayton, for deft.

### NOV. 13, 1925

19415—James Watkins v. State of Ohio; motion for Mahoning Appeals to certify. Toothaker & Rendinell, Youngstown, for pltf; C. C. Crabbe, Columbus, for deft.

19416—John Wagner v. State of Ohio; motion for Hocking Appeals to certify. J. D. Ricketts, Logan, for pltf; E. Wright, Logan, for deft

19417—Industrial Commission of Ohio v. Della Cherry; motion for Franklin Appeals to certify. C. C. Crabbe, J. R. King, et al, Columbus, for pltf.

19418—State of Ohio ex rel, Retirement Bd. of the State Teachers Retirement System v. Board of Education of Bloomsfield Rural School District, Logan County, et al; in mandamus. C. C. Crabbe, W. E. Benoy and C. S. Best, Columbus, for pltf.

19419—State of Ohio ex rel, Retirement Bd. of the State Teachers Retirement System v. Board of Education of Melrose Rural School District, Paulding County, et al; in mandamus. C. C. Crabbe, W. E. Benoy, and C. S. Best, Columbus, for pltf.

### NOV. 14, 1925

19420—Same v. Board of Education of Dover Rural School District, Fulton County, et al. same. Same.

19421—Thomas D. Huntington et al v. Richard R. McMahon et al; motion for Franklin Appeals to certify. Arnold, Wright & Harlor, Columbus, for pltf; F. H. Game, O. W. Newman and M. W. Bradshaw, Columbus, for defts.

19422—Benjamin F. Perrine v. Geo. G. Perrine and Geo. E. Young; error to Warren Appeals. E. H. Williams, Cincinnati, for pltf; D. E. Stanley, Lebanon, for deft.

# PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET

| | |
|---|---|
| Cleve. Conn. Asht. Bus. v. Pub. Util. Comm. | 19142 |
| Keith et v. State ex | 19141 |
| Ross et v. Adams Mills School Dist. | 19096 |
| State ex v. Adams Mills Bd. Ed. | 19345 |
| State ex v. Blue Creek Bd. Ed. | 19385 |
| State ex v. Goshen Bd. Ed. | 19399 |
| State ex v. Montgomery Bd. Ed. | 19399 |
| State ex v. Ridgway Bd. Ed. | 19403 |
| State ex v. Wabash Bd. Ed. | 19405 |
| State ex v. Kinkead et | 19204 |
| Tuck v. Chapple | 19025, 19026 |
| Turk v. Pub. Util. Comm. | 19362 |

### MOTION DOCKET

| | |
|---|---|
| Davis v. Hussey | 19257 |
| Deem v. State ex | 19343 |
| Francis Willard Co. v. Jones | 19269 |
| Indust. Comm. v. Van Horn | 19271 |
| Little v. State | 19226 |
| New Amsterdam Cas. Co. v. Norwalk (city) | 19306 |

### OHIO SUPREME COURT
### THURSDAY, NOVEMBER 12, 1925
#### GENERAL DOCKET

19345—State of Ohio ev rel Retirement Bd. of State Teachers Retirement System, et al, v. Board of Education of Adams Mills Rural School District, et al. In Mandamus. Writ allowed. Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Marshall, CJ., not participating. Dock. 9-1-25; 3 Abs. 546.

19096—Robert W. Ross et al v. Adams Mills Rural School District, et al; error to Muskingum Appeals. Judgment affirmed. Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Marshall, CJ., not participating. Dock. 4-24-25; 3 Abs. 278.

#### MOTION DOCKET

19226—Robert Little v. State of Ohio. Motion for leave to file petition in error to the

Hamilton Appeals. Overruled. Dock. 6-25-25; 3 Abs. 401.